# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Teeran Tyron Gresham | )<br>)<br>) Case No: 7:03-CR-64-1F<br>)<br>) USM No: 21472-056 |
| Date of Original Judgment: 04/27/2004<br>Date of Previous Amended Judgment: 06/01/2009<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Robert L. Cooper<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was subject to a mandatory minimum term of imprisonment, which was not mitigated by application of 18 U.S.C. § 3553(f) or 5C1.2 (Safety Valve). Therefore, while the amendment is applicable to the defendant, it does not have the effect of lowering the defendant's guideline range because the low end of the revised range is the mandatory minimum sentence.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 27, 2004 and June 1, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 1/24/12

Effective Date: _____
*(if different from order date)*

*Judge's signature*

James C. Fox, Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011