IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:03-CR-00064-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TEERAN TYRON GRESHAM | ) | |
| | ) | |

This matter is before the court on Defendant Teeran Tyron Gresham's Motion to Terminate Supervised Release [DE-109] pursuant to 18 U.S.C. § 3583(e).

Defendant presents a strong case for early termination. Since his release from prison in 2012, he has been fully compliant with all conditions of supervised release. He has maintained a stable residence and works two jobs. He has tested negative for drugs throughout his term of supervised release, and has successfully completed the probation office's Moral Reconation Therapy Program. The court is satisfied that early termination of Defendant's supervised release "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, Defendant's Motion to Terminate Supervised Release [DE-109] is ALLOWED. It is hereby ORDERED that Defendant's supervised release be terminated and defendant be discharged.

SO ORDERED.

This, the 16 of September, 2015.

James C. Fox
JAMES C. FOX
Senior United States District Judge